USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 6 2007

IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HICHAM IMANI, | : |
| Plaintiff, | : Civil Action No. 07-07966-LTS |
| v. | : District Judge Honorable |
| U-HAUL INTERNATIONAL, INC., U-HAUL CO. OF PENNSYLVANIA and U-HAUL CO. OF NEW YORK AND VERMONT, INC., | : Laura Taylor Swain |
| Defendant. | : |

## ~~PROPOSED~~ SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED this September 21, 2007, by and between Scott B. Goldshaw, attorney for Plaintiff Hicham Imani, and Theresa J. Chung, attorney for Defendants U-Haul International, Inc., U-Haul Co. of Pennsylvania, and U-Haul Co. of New York and Vermont, Inc. that the following deadlines shall apply in the above-captioned matter:

1.   The parties agree that they will re-send their Initial Disclosures and written discovery requests with the appropriate caption for the U.S. District Court for the Southern District of New York. Aside from changing the caption to reflect the venue for the case, the Initial Disclosures and written discovery requests will be identical in substance to those previously submitted. The parties agree that they will hand deliver or fax responses to the written discovery requests on or before October 17, 2007.

2.   Defendants U-Haul International, Inc., U-Haul Co. of Pennsylvania, and U-Haul Co. of New York and Vermont, Inc. shall have until October 11, 2007 to answer the Plaintiff's Complaint.

3. All discovery in this case will be completed by February 29, 2008, and all discovery requests will be served so that responses are due on or before that date.

4. All dispositive motions will be filed by March 31, 2008.

5. Any opposition briefs to the dispositive motions will be filed by April 18, 2008.

6. Any reply briefs in support of the dispositive motions will be filed by April 30, 2008.

7. The parties will submit any pre-trial memoranda in accordance with any Court-ordered deadlines, and no pre-trial memoranda will be submitted in the absence of the Court's order.

_____
Scott B. Goldshaw (SG-8549)
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
215-640-0593
215-640-0596 (fax)

Attorneys for Plaintiff
Hicham Imani

Date: September 21, 2007

_____
Michael S. Burkhardt (MB-7252)
Theresa J. Chung (TC3200)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6092
(212) 309-6723 (fax)

Attorneys for Defendants
U-Haul International, Inc., U-Haul Co. of
Pennsylvania, and U-Haul Co. of New York
and Vermont, Inc.

Date: September 21, 2007

SO ORDERED:

_____ 9/25/2007
LAURA TAYLOR SWAIN
United States District Judge