IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HICHAM IMANI,** | : |
| Plaintiff, | : Civil Action No. 07-07966-LTS |
| v. | : District Judge Honorable |
| | :            Laura Taylor Swain |
| **U-HAUL INTERNATIONAL, INC., U-HAUL CO.** | : |
| **OF PENNSYLVANIA, INC., and U-HAUL CO. OF** | : |
| **NEW YORK AND VERMONT, INC.,** | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Theresa J. Chung, Esquire, Morgan, Lewis & Bockius LLP, as counsel for Defendants U-Haul International, Inc., U-Haul Co. of Pennsylvania, and U-Haul Co. of New York and Vermont, Inc. in the above-captioned matter.

Respectfully submitted,

Dated: September 26, 2007

By: /s/ Theresa J. Chung
Michael S. Burkhardt (MB-7252)
Theresa J. Chung (TC3200)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
 (212) 309-6092
 (212) 309-6723 (fax)

Attorneys for Defendants
U-Haul International, Inc., U-Haul Co. of
Pennsylvania, and U-Haul Co. of New York
and Vermont, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of Defendants' Entry of Appearance for Theresa Chung via the Court's ECF filing system and via United States Mail, this 26th day of September, 2007, on:

Scott B. Goldshaw
Salmanson Goldshaw, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA 19102

*Attorney for Plaintiff Hicham Imani*

/s/ Theresa J. Chung
Theresa J. Chung