IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hicham Imani,<br><br>    Plaintiff<br><br>v.<br><br>U-Haul International, Inc.,<br>U-Haul Co. of Pennsylvania, Inc.,<br>and U-Haul Co. of New York and<br>Vermont, Inc.<br><br>    Defendants | Civil Action No.: 07-07966 (LTS)<br><br>Honorable Laura Taylor Swain<br><br>UNOPPOSED MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott B. Goldshaw a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Katie R. Eyer, Esquire
    Salmanson Goldshaw, P.C.
    Two Penn Center, Suite 1230
    1500 J.F.K. Blvd.
    Philadelphia, PA  19102
    215-640-0593/Fax: 215-640-0596
    katie.eyer@salmangold.com

Katie R. Eyer is a member in good standing of the Bar of the State of Pennsylvania.

There are no pending disciplinary proceedings against Katie R. Eyer in any State or Federal court.

Opposing counsel has been contacted and does not oppose this motion.

Dated:  October 3, 2007
        Philadelphia, PA

                                    Respectfully submitted,

                                    _____
                                    Scott B. Goldshaw - (SG 8549)
                                    SALMANSON GOLDSHAW, P.C.
                                    Two Penn Center
                                    1500 J.F.K. Blvd., Suite 1230
                                    Philadelphia, PA  19102
                                    215-640-0593
                                    215-640-0596 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hicham Imani,<br><br>      Plaintiff<br><br>v.<br><br>U-Haul International, Inc.,<br>U-Haul Co. of Pennsylvania, Inc.,<br>and U-Haul Co. of New York and<br>Vermont, Inc.<br><br>      Defendants | Civil Action No.: 07-07966 (LTS)<br><br>Honorable Laura Taylor Swain<br><br>AFFIDAVIT OF<br>SCOTT B. GOLDSHAW<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

Scott B. Goldshaw, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder of the firm Salmanson Goldshaw, P.C. and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Katie R. Eyer as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1996. I was also admitted to the bar of the United States District Court for the Southern District of New York on May 27, 1997, and am in good standing with this Court.

3. I have known Katie R. Eyer since 2006. Ms. Eyer is an attorney with the firm of Salmanson Goldshaw P.C., in Philadelphia, PA.

4. I have found Ms. Eyer to be an extremely skilled attorney and a person of the utmost integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Katie R. Eyer, pro hac vice. I respectfully submit a proposed order granting the admission of Katie R. Eyer, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Katie R. Eyer pro hac vice to represent Plaintiff in the above-captioned matter, be granted.

Dated: October 3, 2007
       Philadelphia, PA

Notary:                                    Respectfully submitted,

                                           /s/ Scott B. Goldshaw
                                           _____
                                           Scott B. Goldshaw - (SG 8549)
                                           SALMANSON GOLDSHAW, P.C.
                                           Two Penn Center
                                           1500 J.F.K. Blvd., Suite 1230
                                           Philadelphia, PA  19102
                                           215-640-0593
                                           215-640-0596 (fax)



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Katie R. Eyer, Esq.*

**DATE OF ADMISSION**

*October 14, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 2, 2007**

Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hicham Imani,<br><br>      Plaintiff<br><br>v.<br><br>U-Haul International, Inc.,<br>U-Haul Co. of Pennsylvania, Inc.,<br>and U-Haul Co. of New York and<br>Vermont, Inc.<br><br>      Defendants | Civil Action No.: 07-07966 (LTS)<br><br>**Honorable Laura Taylor Swain**<br><br>**CERTIFICATE OF SERVICE** |

    I, Scott B. Goldshaw, hereby certify that I served the foregoing Motion by regular first-class mail, upon the following:

                Theresa J. Chung, Esquire
                Morgan, Lewis & Bockius LLP
                101 Park Avenue
                New York, NY 10178-0060

Dated: October 3, 2007
                                          Scott B. Goldshaw, Esquire