IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hicham Imani, <br><br> Plaintiff <br><br> v. <br><br> U-Haul International, Inc., <br> U-Haul Co. of Pennsylvania, Inc., <br> and U-Haul Co. of New York and <br> Vermont, Inc. <br><br> Defendants | Civil Action No.: 07-07966 (LTS) <br><br> Honorable Laura Taylor Swain <br><br> ORDER FOR ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |

Upon the motion of Scott B. Goldshaw, attorney for Plaintiff Hicham Imani and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> Katie R. Eyer, Esquire
> Salmanson Goldshaw, P.C.
> Two Penn Center, Suite 1230
> 1500 J.F.K. Blvd.
> Philadelphia, PA 19102
> 215-640-0593/Fax: 215-640-0596
> katie.eyer@salmangold.com

USLC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007

is admitted to practice pro hac vice as counsel for Plaintiff Hicham Imani in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: October 11, 2007
New York, NY

_____
United States District ~~Magistrate~~ Judge