Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

Theresa J. Chung
215.963.5584
tchung@morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2007
```

**MEMO ENDORSED**

October 23, 2007

**VIA FACSIMILE**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:    Imani v. U-Haul International, Inc., et. al.; No. 07 Civ 7966 (LTS)(RLE)

Dear Judge Swain:

We are writing to respectfully request that Your Honor re-schedule the Pre-Trial Conference in the above-captioned matter. I am unable to attend the Pre-trial Conference that is currently scheduled for November 16, 2007 due to an unavoidable scheduling conflict. I have conferred with Katie R. Eyer, who is counsel for Plaintiff Hicham Imani, and we are available to attend the Pre-Trial Conference on **Thursday, Nov. 29, 2007 at 2:30 PM**. I understand from speaking with Your Honor's chambers this morning that Your Honor is available on this date and time to hold the Pre-Trial Conference.

Please contact me with any questions or concerns.

*The request is granted.*

Repsectfully,

Theresa J. Chung

SO ORDERED.

*[signature]* 10/23/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc (via e-mail):    Michael S. Burkhardt, Esquire
                    Katie R. Eyer, Esquire

TOTAL P.02