## IN THE UNITED STATES DISTRICT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HICHAM IMANI,** | : |
| **Plaintiff,** | : Civil Action No. 07-07966-LTS |
| v. | : District Judge Honorable |
| | :         Laura Taylor Swain |
| **U-HAUL INTERNATIONAL, INC., U-HAUL CO. OF PENNSYLVANIA and U-HAUL CO. OF NEW YORK AND VERMONT, INC.,** | : |
| **Defendants.** | : |

### ORDER

AND NOW on this _____ day of _____ 2007, after consideration of the Joint Motion To File Under Seal, it is HEREBY ORDERED that the Joint Motion To File Under Seal is GRANTED, and the parties are permitted to file Confidential documents under seal, as set forth in the Joint Stipulation executed by the parties, and in accordance with the applicable rules of this Court. The contents of any documents designated as "Confidential" and filed under seal will not be disclosed to any person or party, except to the Court and its in-chambers staff.

_____
J.