UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICHAM IMANI,

          Plaintiff,

- against -

U-HAUL INTERNATIONAL, INC.,

          Defendant.

**REVISED ORDER**

07 Civ. 7966 (LTS) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/18

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the Parties appear before the Court for settlement conference on **March 18, 2008, at 10:00 a.m., Courtroom 18D, 500 Pearl Street.**

**SO ORDERED this 25th day of January 2008**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge