```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HICHAM IMANI,

                Plaintiff,

    - against -

U-HAUL INTERNATIONAL, INC., et al.,

                Defendants.

ORDER

07 Civ. 7966 (LTS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear before the Court for subsequent settlement conference on **April 22, 2008, at 10:00 a.m., Courtroom 18D, 500 Pearl Street.**

**SO ORDERED** this 15th day of April 2008
New York, New York

                                          _/s/ Ronald L. Ellis_

                                          **The Honorable Ronald L. Ellis**
                                          **United States Magistrate Judge**