

**Salmanson Goldshaw, P.C.**
TWO PENN CENTER
1500 J.F.K. BLVD., SUITE 1230
PHILADELPHIA, PA 19102
215-640-0593
Fax: 215-640-0596
www.lawyers.com/salmongold

Michael J. Salmanson
Direct Dial: (215) 640-0594
msalmans@salmangold.com

Scott B. Goldshaw*
Direct Dial: (215) 640-0595
goldshaw@salmangold.com
*Also admitted in NY & NJ

Katie R. Eyer
Direct Dial: 215-640-0598
katie.eyer@salmangold.com

May 21, 2008

**BY FACSIMILE**
Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:   Imani v. U-Haul International, Inc., et al.
      Docket No. 07-07966 (LTS)(RLE)

**MEMO ENDORSED**

Dear Judge Swain:

    Pursuant to Your Honor's May 12, 2008 Order, we respectfully request an extension of the time within which this matter may be settled, such that the applicable deadline is 60 days, instead of 30 days, from the date of the Order.

Respectfully,

Scott B. Goldshaw

SBG/mcb

cc:   Michael Burkhardt, attorney for Defendants *(by facsimile)*

*The provisions of the May 12, 2008 Order of discontinuance are extended through June 12, 2008.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
5/21/2008