USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HICHAM IMANI, | : |
| Plaintiff, | : 07 Civ. 7966 (LTS) (RLE) |
| v. | : District Judge Honorable |
| | :    Laura Taylor Swain |
| U-HAUL INTERNATIONAL, INC., U-HAUL CO. | : |
| OF PENNSYLVANIA and U-HAUL CO. OF | : Magistrate Judge Honorable |
| NEW YORK AND VERMONT, INC., | :    Ronald L. Ellis |
| Defendant. | : |

IT IS HEREBY STIPULATED by and between the undersigned parties to this action, that the claims of Plaintiff Hicham Imani in the instant proceeding be dismissed, with prejudice, and without costs or fees to either party.

_____
Scott B. Goldshaw (SG-8549)
Katie R. Eyer (ID 200756)
SALMANSON GOLDSHAW, P.C.
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
215-640-0593
215-640-0596 (fax)

Attorney for Plaintiff
Hicham Imani

Date: May 28, 2008

_____
Michael S. Burkhardt (MB-7252)
Theresa J. Chung (TC3200)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6092
(212) 309-6723 (fax)

Attorneys for Defendants
U-Haul International, Inc., U-Haul Co. of
Pennsylvania, and U-Haul Co. of New York
and Vermont, Inc.

Date: May __, 2008
June 10, 2008

The clerk of Court is requested to close this case.

SO ORDERED.

_____ 6/12/08